# NO. 12-23-00214-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *WILLIAM LAMBERT SKINNER, III,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator William Lambert Skinner, III, acting pro se, filed this original proceeding and appears to challenge the granting of a motion to withdraw as counsel.[1]

At the hearing on the motion to withdraw, Relator's counsel called Relator "for the limited purpose of his motion," indicating that the motion was filed by Relator. In fact, Relator acknowledged previously telling counsel that he wanted to proceed pro se. He reaffirmed wanting to continue pro se or a "reassignment of counsel." After a discussion with Respondent, Relator persisted with his request to proceed pro se. Respondent held that Relator be allowed to represent himself but stated that counsel would serve as standby counsel if the case proceeded to trial. Accordingly, the hearing affirmatively reflects Relator's intention to proceed pro se, which resulted in the ruling he now challenges. Because Relator complains of a ruling he caused, we conclude that Relator cannot establish that Respondent abused his discretion.[2] *See Woodall v.*

---

[1] Respondent is the Honorable Alfonso Charles, Judge of the 124th District Court in Gregg County, Texas. The State of Texas is the Real Party in Interest.

[2] Relator further complains of the Gregg County District Clerk's acceptance and maintenance of filings. A district clerk is not a judge over which this Court has mandamus jurisdiction. *See* TEX. GOV'T CODE ANN. 22.221(a), (b) (West Supp. 2020) (writ power); *see also In re Mack*, No. 10-17-00186-CR, 2017 WL 2819091, at *1 (Tex. App.—Waco June 28, 2017, orig. proceeding) (mem. op., not designated for publication); *In re Eaton*, No. 12–15–00118–CR, 2016 WL 6876502, at *1 (Tex. App.–Tyler, Nov. 22, 2016, orig. proceeding) (mem. op., not designated for publication); *In re Vargas*, No. 01-12-00351-CV, 2012 WL 1454550, at *1 (Tex. App.—Houston [1st Dist.] Apr. 26, 2012, orig. proceeding) (mem. op) (per curiam). Nor does the record demonstrate that issuance of a writ of mandamus against the District Clerk is necessary to protect this Court's jurisdiction. *See In re Talkington*, No. 12-07-00272-CR, 2007 WL 2178551, at *1 (Tex. App.—Tyler July 31, 2007, orig. proceeding) (mem. op., not

***State***, 336 S.W.3d 634, 644 (Tex. Crim. App. 2011) ("a party cannot take advantage of an error that it invited or caused, even if such error is fundamental"); *see also **In re Halbert***, Nos. 12-23-00013-CR–12-23-00031-CR, 2023 WL 2804434, at *4-5 (Tex. App.—Tyler Apr. 5, 2023, orig. proceeding) (per curiam) (mem. op., not designated for publication) (in denying mandamus petition as to withdrawal and appointment of new counsel, noting that relator consented to proceeding to trial with new counsel); ***In re Culberson***, No. 05-22-01204-CV, 2022 WL 16959254, at *1 (Tex. App.—Dallas Nov. 16, 2022, orig. proceeding) (mem. op., not designated for publication) (denying mandamus petition seeking order compelling trial court to vacate order granting relator's own motion in criminal case, noting that relator is estopped from seeking relief based on an action he induced). We ***deny*** Relator's petition for writ of mandamus.[3]

Opinion delivered September 13, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

---

designated for publication); *see also **Ex parte Sanders***, No. WR-80,356-01, 2013 WL 5872901, at *1 (Tex. Crim. App. Oct. 30, 2013) (order, not designated for publication) (per curiam); ***In re Foster***, No. 14-16-00698-CR, 2016 WL 5853282, at *1 (Tex. App.—Houston [14th Dist.] Oct. 6, 2016, orig. proceeding) (mem. op., not designated for publication) (per curiam); ***In re Smith***, 263 S.W.3d 93, 95 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding).

[3] Relator also has an appeal pending in cause number 12-23-00213-CR to challenge the ruling on the motion to withdraw.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 13, 2023**

**NO. 12-23-00214-CR**

**WILLIAM LAMBERT SKINNER, III,**
Relator
V.

**HON. JUDGE ALFONSO CHARLES,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by William Lambert Skinner, III; who is the relator in appellate cause number 12-23-00214-CR and the defendant in trial court cause number 54561-B, pending on the docket of the 124th Judicial District Court of Gregg County, Texas. Said petition for writ of mandamus having been filed herein on August 21, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, **denied**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*